UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Jessica Rawson

       Plaintiff,

v.              Case No.: 1:21−cv−02811

              Honorable Jorge L. Alonso

Aldi, Inc.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

  MINUTE entry before the Honorable Sheila M. Finnegan: Telephone conference held on 9/5/2023 for discussion of settlement issues and continued to 10/3/2023 at 9:30 a.m. for a telephone status. The parties report that they have reached a final settlement on all issues and are in the process of executing the written agreements. They expect to file a stipulation to dismiss with prejudice shortly thereafter. The 10/3/2023 telephone status will be cancelled if the parties file a stipulation to dismiss before that date. The toll−free number for the hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.