# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JESSICA RAWSON, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ALDI INC.,<br><br>*Defendant*. | Case No. 1:21-cv-02811<br><br>Honorable Jorge L. Alonso<br>Magistrate Judge Sheila Finnegan |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT ALDI INC.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate by and through the undersigned counsel that the claims in the above-captioned matter are voluntarily dismissed with prejudice. Each party shall bear its own costs, fees, and expenses, including attorneys' fees.

Dated: November 15, 2023

**ESBROOK P.C.**

*/s/Christopher J. Esbrook*
Christopher J. Esbrook
Lauren B. Wright
321 N. Clark Street, Suite 1930
Chicago, IL 60654
(312) 319-7681
Christopher.esbrook@esbrook.com
Lauren.wright@esbrook.com

**RICHMAN LAW & POLICY**

*/s/ Kim E. Richman*
Kim E. Richman
1 Bridge St. Suite 83
Irvington, NY 10533
 (718) 705-4579
krichman@richmanlawpolicy.com

1

*Attorneys for Plaintiff*

**HUSCH BLACKWELL LLP**

*/s/Michael Klebanov*
Michael Klebanov
1801 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
(202) 378-2363
Michael.klebanov@huschblackwell.com

*/s/ Michael D. Hayes*
Michael D. Hayes
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606-4473
(312) 655-1500
Michael.hayes@huschblackwell.com

*Attorneys for Defendant*